FILED

NOV 0 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1   VICKI H. YOUNG
    Law Offices of Vicki H. Young
2   706 Cowper Street, Suite 205
    Palo Alto, California 94301

3
    Telephone      (415) 421-4347
4   Fax            (650) 289-0636

5   Counsel for Gustavo Colin Lopez

6

7                **IN THE UNITED STATES DISTRICT COURT**

8              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,             )   No. CR 10-00932 DLJ
                                          )
11                        Plaintiff,      )   STIPULATION RE CONTINUANCE
                                          )   OF STATUS DATE; [PROPOSED]
12            v.                          )   ORDER
                                          )
13  MICHAEL LOPEZ-FLORES,                 )
                                          )
14                        Defendant.      )
    _____ )

15

16       It is hereby stipulated between the defendant MICHAEL LOPEZ-FLORES, by and through his

17  attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney

18  Thomas Colthurst, that the status date of November 8, 2011, at 9:00 a.m. be continued to November

19  15, 2011, at 9:00 a.m. The reason for this continuance is that the attorney appointed to render a

20  second opinion on the case has been out on medical leave, and defense counsel needs additional time

21  to make arrangements for the defendant to consult with second counsel by telephone.

22       Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys

23  for the government and the defense the reasonable time necessary for effective preparation taking

24  into the account the exercise of due diligence.  Since the defendant needs additional time to make

25  arrangements to speak with second counsel, the time period from November 8, 2011, through

26

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER
                                      - 1 -

1  November 15, 2011, should be excluded.

2       It is so stipulated.

3  Dated:        November 1, 2011                Respectfully submitted,

4

5

6                                                /s/ Vicki H. Young
                                                 VICKI H. YOUNG, ESQ.
7                                                Attorney for Michael Lopez Flores

8
   Dated:        November 1, 2011                MELINDA HAAG
9                                                UNITED STATES ATTORNEY

10

11                                                /s/ Thomas Colthurst
                                                 THOMAS COLTHURST
12                                               Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER
                                        - 2 -

# ~~PROPOSED~~ ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for November 8, 2011, is continued to November 15, 2011. This Court finds that  the period from November 8, 2011, through and including November 15, 2011, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h).  The basis for such exclusion is that defense counsel need additional time to make arrangements for the defendant to speak with second counsel by telephone.  Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7)(A).

As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny both the attorney for the government and the attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

DATED:  11-2-11

D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER