VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone    (415) 421-4347
Fax          (650) 289-0636

Counsel for Michael Lopez Flores aka Gustavo Colin Lopez

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00932 DLJ |
| Plaintiff, | STIPULATION RE CONTINUANCE OF STATUS DATE; [] ORDER |
| v. | |
| MICHAEL LOPEZ-FLORES, aka GUSTAVO COLIN LOPEZ, | |
| Defendant. | |

It is hereby stipulated between the defendant Michael Lopez-Flores, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the status date of February 2, 2012, at 9:00 a.m. be continued to February 9, 2012, at 9:00 a.m. The reason for this continuance is that defense counsel needs additional time to meet with the defendant to review plea documents.

Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys for the government and the defense the reasonable time necessary for effective preparation taking into the account the exercise of due diligence.  Since the U.S. Attorneys Office needs an opportunity to review the new materials before deciding how to proceed, the time period from February 2, 2012, through February 9, 2012, should be excluded.

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

- 2 -

1    It is so stipulated.

2    Dated:    January 28, 2012    Respectfully submitted,

3

4

5    /s/ Vicki H. Young
    VICKI H. YOUNG, ESQ.
    Attorney for Michael Lopez Flores

6

7

8    Dated:    January 28, 2012    MELINDA HAAG
    UNITED STATES ATTORNEY

9

10

11    /s/ Thomas Colthurst
    THOMAS COLTHURST
    Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

# ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for February 2, 2012, is continued to February 9, 2012. This Court finds that the period from February 2, 2012, through and including February 9, 2012, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that defense counsel needs additional time to meet with the defendant in jail to review plea documents.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7)(A).

As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny both the attorney for the government and the attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

DATED: FDFDFG

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[] ORDER