1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone    (415) 421-4347
4  Fax          (650) 289-0636

5  Counsel for Michael Lopez Flores aka Gustavo Colin Lopez

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,            )   No. CR 10-00932 DLJ
                                        )
12                  Plaintiff,          )   STIPULATION RE CONTINUANCE
                                        )   OF SENTENCING DATE;
13     v.                               )   [] ORDER
                                        )
14 MICHAEL LOPEZ-FLORES, aka            )   Date:  June 14, 2012
   GUSTAVO COLIN LOPEZ,                 )   Time:  10:00 a.m.
15                                      )   Judge: Jensen
                    Defendant.          )
16 _____ )

17
        It is hereby stipulated between the defendant Michael Lopez-Flores aka Gustavo Colin Lopez,
18
   by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant
19
   United States Attorney Thomas Colthurst, that the sentencing date of June 14, 2012, at 10:00 a.m. be
20
   continued to August 2, 2012, at 10:00 a.m. The reason for this continuance is that defense counsel
21
   believes that a mental status evaluation may be required, and needs the additional time to seek
22
   approval for the funding and to arrange for the evaluation.
23
        Probation Officer Lori Gunderson has been advised of this request and has no objection. She
24
   is available on August 2, 2012.
25
   ///
26

STIPULATION RE CONTINUANCE;
[] ORDER
                                              - 1 -

1     It is so stipulated.

2  Dated:      April 22, 2012                Respectfully submitted,

3

4

5                                             /s/ Vicki H. Young
                                             VICKI H. YOUNG, ESQ.
                                             Attorney for Gustavo Colin Lopez
6

7

8  Dated:      April 22, 2012                MELINDA HAAG
                                             UNITED STATES ATTORNEY
9

10

11                                            /s/ Thomas Colthurst
                                             THOMAS COLTHURST
                                             Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

1

**ORDER**

2

3
GOOD CAUSE BEING SHOWN, the sentencing date set for June 14, 2012, is continued to

August 2, 2012, at 10:00 a.m.

4

DATED: Í ĐĐFG

5

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -