VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone     (415) 421-4347
Fax           (650) 289-0636

Counsel for Michael Lopez Flores aka Gustavo Colin Lopez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00932 DLJ |
| Plaintiff, | STIPULATION RE CONTINUANCE OF SENTENCING DATE; |
| v. | [] ORDER |
| MICHAEL LOPEZ-FLORES, aka GUSTAVO COLIN LOPEZ, | Date:  August 2, 2012, Time:  10:00 a.m. Judge: Jensen |
| Defendant. | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Thomas Colthurst and Gustavo Colin Lopez, through his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for Aug. 2, 2012, be continued to Aug. 23, 2012, at 10:00 a.m.

This continuance is necessary because defense counsel Vicki H. Young needs additional time to get court records and prepare the sentencing memorandum.

USPO Lori Gunderson has been advised of this request for a continuance and has no objection.

///

///

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1  It is so stipulated.

2  Dated: July 24, 2012                                Respectfully submitted,

3

4
                                                      /s/ Vicki H. Young
5                                                     VICKI H. YOUNG, ESQ.
                                                      Attorney for Gustavo Colin Lopez
6

7

8  Dated: July 24, 2012                               MELINDA HAAG
                                                      UNITED STATES ATTORNEY
9

10
                                                       /s/ Thomas Colthurst
11                                                    THOMAS COLTHURST
                                                      Assistant United States Attorney
12

13

14

15

16

17

18                              **ORDER**

19
       GOOD CAUSE BEING SHOWN, the sentencing date set for August 2, 2012, is continued to
20
   August 23, 2012, at 10:00 a.m.
21
   DATED: ï ÐFÐG
22
                                                      _____
23                                                    D. LOWELL JENSEN
                                                      SENIOR U.S. DISTRICT JUDGE
24

25

26

27

28  STIPULATION RE CONTINUANCE;
    [] ORDER
                                            - 2 -