1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION


   UNITED STATES OF AMERICA,              )   No. 10-00823-DLJ
                                          )   No. 10-00932-DLJ
        Plaintiff,                        )
                                          )
        v.                                )   AMENDED STIPULATION AND
                                          )   [PROPOSED] ORDER CONTINUING
   GUSTAVO COLIN LOPEZ,                   )   HEARING DATE
   aka MICHAEL LOPEZ-FLORES,              )
                                          )
        Defendant.                        )
                                          )

        The defendant GUSTAVO COLIN LOPEZ (aka MICHAEL LOPEZ-FLORES),

   represented by Vicki H. Young, Esq., and the government, represented by Thomas A. Colthurst,

   Assistant United States Attorney, respectfully request that the sentencing hearing currently

   scheduled for August 23, 2012, be continued to September 6, 2012.

        On March 1, 2012, GUSTAVO COLIN LOPEZ pleaded open to the charges in both

   cases. He has been in custody since he was arrested.

        The parties are requesting that his sentencing hearing be reset to September 6, 2012.

   STIPULATION AND [PROPOSED] ORDER
   Case Nos. 10-CR-00823-DLJ and 10-CR-00932-DLJ

1   No other defendants are affected by this request.

2   SO STIPULATED:

4   Dated: August 6, 2012             /S/
                                      Thomas A. Colthurst
5                                     Assistant United States Attorney

7   Dated: August 6, 2012             /S/
                                      Vicki H. Young, Esq.
8                                     Attorney for Defendant

10  Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
11  hearing for *United States V. Gustavo Colin Lopez*, and *United States v. Michael Lopez-Flores*,
12  scheduled for August 23, 2012, is continued to September 6, 2012, at 10:00 a.m.

15  DATED: _____              _____
                                       THE HONORABLE D. LOWELL JENSEN
16                                     United States District Judge