1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   THOMAS A. COLTHURST (CABN 99493)
    Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408)-535-5065
7       Fax: (408)-535-5066
        E-Mail: tom.colthurst@usdoj.gov
8
    Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,        )   No. 10-00823-DLJ
                                       )   No. 10-00932-DLJ
15          Plaintiff,                 )
                                       )
16   v.                                )   STIPULATION FOR AUTHORIZATION
                                       )   TO PROVIDE SEALED PLEA
17   GUSTAVO COLIN LOPEZ,              )   AGREEMENT TO DEFENSE COUNSEL
     aka MICHAEL LOPEZ-FLORES,         )
18                                     )
            Defendant.                 )
19   _____)

20

21

22          The defendant GUSTAVO COLIN LOPEZ (aka MICHAEL LOPEZ-FLORES),

23   represented by Vicki H. Young, Esq., and the government, represented by Thomas A. Colthurst,

24   Assistant United States Attorney, respectfully request that the Court authorize the government to

25   provide counsel for the defendant in this matter with a copy of the plea agreement entered into

26   between the government and Manual Villa and filed under seal on August 2, 2011.  It is

27   anticipated that Villa could be a witness in a sentencing hearing in this matter and that the

28   defendant's counsel would be entitled to the plea agreement as Giglio material.  The parties also

1    agree that the plea agreement will remain under seal in the Clerk's office.

2

3    SO STIPULATED:

4

5    Dated: November 14, 2012        _____/S/_____

6                            Thomas A. Colthurst
                           Assistant United States Attorney

7

8

9    Dated: November 14, 2012        _____/S/_____
                           Vicki H. Young, Esq.
                           Attorney for Defendant

10

11      Accordingly, for good cause shown, the Court HEREBY ORDERS that a copy of the plea

12    agreement for Manual Villa filed on August 2, 2011, may be provided to counsel for the

13    defendant in *United States V. Gustavo Colin Lopez*, and *United States v. Michael Lopez-Flores*,

14    subject to the following:

15      IT IS FURTHER ORDERED that the  plea agreement shall not be disseminated or

16    disclosed to anyone other than the named defendants or their counsel, or the staff of their counsel

17    (secretaries, paralegals, clerical staff and attorneys employed by counsel and/or counsel's law

18    firm and nonemployees engaged by counsel and under counsel's supervision who assist in

19    counsel's representation of one of the named defendants), except upon the express authorization

20    of this Court.  Information obtained from the  plea agreement may be discussed with third parties

21    only to the extent necessary for the investigation and preparation of a named defendant's defense,

22    *provided* that in no case shall the discussion of such information involve the disclosure to any

23    third party of the document that is the source of the information or that the source of the

24    information is a plea agreement or other document filed under seal.

25      IT IS FURTHER ORDERED that the plea agreement that is currently under seal shall

26    remain sealed after the attorneys have been provided copies.

27      IT IS FURTHER ORDERED that any attorney receiving the plea agreement is not to

28    disclose any information therein other than to prepare for trial and for the defense of his/her

1    client.

2

3

4    DATED: _____

5    THE HONORABLE D. LOWELL JENSEN
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28