1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone    (415) 421-4347
4  Fax          (650) 289-0636

5  Counsel for Gustavo Colin Lopez

6
                 **IN THE UNITED STATES DISTRICT COURT**
7
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8

9

10 UNITED STATES OF AMERICA,        )  No. CR 10-00823 DLJ
                                    )
11              Plaintiff,          )  STIPULATION RE CONTINUANCE
                                    )  OF SENTENCING DATE;
12     v.                           )  [] ORDER
                                    )
13 GUSTAVO COLIN LOPEZ,             )  Date:  November 29, 2012
                                    )  Time:  10:00 a.m.
14              Defendant.          )  Judge: Jensen
   _____ )
15

16     It is hereby stipulated between the defendant Gustavo Colin Lopez, by and through his attorney

17 of record VICKI H. YOUNG, and the government, through Assistant United States Attorney

18 Thomas Colthurst, that the sentencing date of November 29, 2012, at 10:00 a.m. be continued to

19 January 10, 2013, at 10:00 a.m. The reason for this continuance is that defense counsel has requested

20 Giglio material regarding a witness the Government intends to call at a sentencing hearing.  The

21 government has submitted an application to released the sealed documents with a protective order.

22 After the materials are received, defense counsel will need additional time to review the materials

23 and prepare a sentencing memorandum.

24     Probation Officer Lori Gunderson is no longer with the Probation Office.  It is not known if the

25 case has been reassigned or will be handled by a duty officer.

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1  It is so stipulated.

2  Dated:  November 25, 2012        Respectfully submitted,

3

4
   /s/ Vicki H. Young
5  VICKI H. YOUNG, ESQ.
   Attorney for Gustavo Colin Lopez
6

7

8  Dated:  November 25, 2012        MELINDA HAAG
                                    UNITED STATES ATTORNEY
9

10
    /s/ Thomas Colthurst
11  THOMAS COLTHURST
    Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

1

**ORDER**

2

3  GOOD CAUSE BEING SHOWN, the sentencing date set for November 29, 2012, is continued

to January 10, 2013, at 10:00 a.m.

4

DATED: FFĐì ĐFG

5

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -