1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone    (415) 421-4347
4  Fax          (650) 289-0636

5  Counsel for Michael Lopez Flores aka Gustavo Colin Lopez

6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10

11  UNITED STATES OF AMERICA,            )  No. CR 10-00932 DLJ
                                         )
12              Plaintiff,               )  STIPULATION RE CONTINUANCE
                                         )  OF SENTENCING DATE;
13       v.                              )  [] ORDER
                                         )
14  MICHAEL LOPEZ-FLORES, aka            )  Date:  November 29, 2012
    GUSTAVO COLIN LOPEZ,                 )  Time:  10:00 a.m.
15                                       )  Judge: Jensen
                Defendant.               )
16  _____ )

17
        It is hereby stipulated between the defendant Michael Lopez-Flores aka Gustavo Colin Lopez
18
    by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant
19
    United States Attorney Thomas Colthurst, that the sentencing date of January 10, 2013, at 10:00 a.m.
20
    be continued to February 14, 2013, at 10:00 a.m. The reason for this continuance is that the parties
21
    are discussing whether an evidentiary hearing will be necessary and have not finalized their
22
    discussions. In addition, defense counsel will be in two State Bar trials for most of January, and will
23
    not have time to prepare a sentencing memorandum until February.
24
        Probation Officer Lori Gunderson is no longer with the Probation Office. It is not known if the
25
    case has been reassigned or will be handled by a duty officer.
26

STIPULATION RE CONTINUANCE;
[] ORDER
                                       - 1 -

1   It is so stipulated.

2   Dated:        January 7, 2013          Respectfully submitted,

3

4
                                            /s/ Vicki H. Young
5                                           VICKI H. YOUNG, ESQ.
                                            Attorney for Gustavo Colin Lopez
6

7

8   Dated:        January 7, 2013          MELINDA HAAG
                                           UNITED STATES ATTORNEY
9

10
                                             /s/ Thomas Colthurst
11                                          THOMAS COLTHURST
                                            Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

# ORDER

GOOD CAUSE BEING SHOWN, the sentencing date set for January 10, 2013 is continued to February 14, 2013, at 10:00 a.m.

DATED: FEJEFH

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -