1 VICKI H. YOUNG
Law Offices of Vicki H. Young
2 706 Cowper Street, Suite 205
Palo Alto, California 94301
3
Telephone   (415) 421-4347
4 Fax         (650) 289-0636

5 Counsel for Michael Lopez Flores aka Gustavo Colin Lopez

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00932 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION RE CONTINUANCE |
| ) | OF SENTENCING DATE; |
| v. ) | [] ORDER |
| ) | |
| MICHAEL LOPEZ-FLORES, aka ) | Date:   February 14, 2013 |
| GUSTAVO COLIN LOPEZ, ) | Time:   10:00 a.m. |
| ) | Judge:  Jensen |
| Defendant. ) | |

It is hereby stipulated between the defendant Michael Lopez-Flores aka Gustavo Colin Lopez by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of February 14, 2013, at 10:00 a.m. be continued to March 7, 2013, at 10:00 a.m. The reason for this continuance is that the parties are still discussing whether an evidentiary hearing will be necessary and have not finalized their discussions.

Probation Officer Lori Gunderson is no longer with the Probation Office. It is not known if the case has been reassigned or will be handled by a duty officer.

///

STIPULATION RE CONTINUANCE;
] ORDER

- 1 -

1    It is so stipulated.

2    Dated:    February 11, 2013          Respectfully submitted,

3

4
                                           /s/ Vicki H. Young
5                                          VICKI H. YOUNG, ESQ.
                                           Attorney for Gustavo Colin Lopez
6

7

8    Dated:    February 11, 2013          MELINDA HAAG
                                          UNITED STATES ATTORNEY
9

10
                                            /s/ Thomas Colthurst
11                                         THOMAS COLTHURST
                                           Assistant United States Attorney
12

STIPULATION RE CONTINUANCE;
] ORDER

- 2 -

1

# ORDER

2

3   GOOD CAUSE BEING SHOWN, the sentencing date set for February 14, 2013, is continued

to March 7, 2013, at 10:00 a.m.

4

DATED: 2/13/13

5

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -