VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone  (415) 421-4347
Fax        (650) 289-0636

Counsel for Michael Lopez Flores aka Gustavo Colin Lopez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL LOPEZ-FLORES, aka<br>GUSTAVO COLIN LOPEZ,<br><br>    Defendant. | No. CR 10-00932 DLJ<br><br>STIPULATION RE CONTINUANCE<br>OF SENTENCING DATE;<br>[] ORDER<br><br>Date: March 7, 2013<br>Time: 10:00 a.m.<br>Judge: Jensen |

  It is hereby stipulated between the defendant Michael Lopez-Flores aka Gustavo Colin Lopez by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of March 7, 2013, at 10:00 a.m. be continued to March 21, 2013, at 10:00 a.m. The reason for this continuance is that defense counsel was out of town from February 15, 2013 through February 24, 2013, and has not had sufficient time to complete the sentencing memorandum.

  Probation Officer Lori Gunderson is no longer with the Probation Office. It is not known if the case has been reassigned or will be handled by a duty officer.

///

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1     It is so stipulated.

2   Dated:     February 28, 2013         Respectfully submitted,

3

4

                                  /s/ Vicki H. Young
5                                 VICKI H. YOUNG, ESQ.
                                Attorney for Gustavo Colin Lopez

6

7

8   Dated:     February 28, 2013         MELINDA HAAG
                                UNITED STATES ATTORNEY
9

10

                                /s/ Thomas Colthurst
11                                THOMAS COLTHURST
                                Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

1 **ORDER**

2

3   GOOD CAUSE BEING SHOWN, the sentencing date set for March 7, 2013, is continued to

4  March 21, 2013, at 10:00 a.m.

5  DATED:

   _____
6  D. LOWELL JENSEN
   SENIOR U.S. DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -