VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone  (415) 421-4347
Fax        (650) 289-0636

Counsel for Michael Lopez Flores aka Gustavo Colin Lopez

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL LOPEZ-FLORES, aka<br>GUSTAVO COLIN LOPEZ,<br><br>　　　　　Defendant. | No. CR 10-00932 DLJ<br><br>STIPULATION RE CONTINUANCE OF SENTENCING DATE;<br>[] ORDER<br><br>Date:  March 21, 2013<br>Time:  10:00 a.m.<br>Judge: Jensen |

It is hereby stipulated between the defendant Michael Lopez-Flores aka Gustavo Colin Lopez by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of March 21, 2013, at 10:00 a.m. be continued to March 28, 2013, at 10:00 a.m. The reason for this continuance is that defense counsel needs to go out of town to attend a relative's funeral on March 21, 2013.

Probation Officer Lori Gunderson is no longer with the Probation Office. It is not known if the case has been reassigned or will be handled by a duty officer.

///

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

- 2 -

1    It is so stipulated.

2  Dated:      March 11, 2013                Respectfully submitted,

3

4
                                              /s/ Vicki H. Young
5                                             VICKI H. YOUNG, ESQ.
                                              Attorney for Gustavo Colin Lopez
6

7

8  Dated:      March 11, 2013                MELINDA HAAG
                                              UNITED STATES ATTORNEY
9

10
                                               /s/ Thomas Colthurst
11                                            THOMAS COLTHURST
                                              Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

# ORDER

GOOD CAUSE BEING SHOWN, the sentencing date set for March 21, 2013, is continued to March 28, 2013, at 10:00 a.m.

DATED: ͲͯͥͪͯͥͲ

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[] ORDER